UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-6255-PAB

UNITED STATES OF AMERICA

v.

EDMANUEL VICTORIA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:   /s/ Jacob Koffsky
       Jacob Koffsky
       Assistant United States Attorney
       Southern District of Florida
       Florida Bar No.: 1018115
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Telephone: (305) 961-9386
       E-mail: jacob.koffsky@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Edmanuel Victoria,<br><br>Defendant(s) | Case No. 23 MJ-6255-PAB |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 7, 2023__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2113(a) and (d) | Attempted bank robbery by the use a dangerous weapon or device |
| 18 U.S.C. § 924(c)(1)(a)(ii) | Brandishing a firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jessie Apaza - Special Agent, FBI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __FaceTime__

Date: __06/08/2023__

_____
Judge's signature

City and state: __Fort Lauderdale, Florida__

Panayotta Augustin-Birch, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jessie Apaza, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division, and have been so assigned since October 2018. Prior to my assignment to the Violent Crimes/Fugitive Task Force, I was assigned to the Complex Financial Crimes squad for three years. I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve investigating bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since September 2015 and assigned to the Miami Division since March 2016. Prior to my employment as a Special Agent with the FBI, I worked as an FBI Investigative Specialist from June 2010 to September 2015, where I investigated threats to national security.

2. The information set forth herein is provided for the purpose of establishing probable cause in support of a criminal complaint charging EDMANUEL VICTORIA with attempted bank robbery by the use of a dangerous weapon or device, in violation of 18 U.S.C. §§ 2113(a) and (d), and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(a)(ii).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during the course of this investigation. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of an arrest warrant as requested herein.

## PROBABLE CAUSE

4. On or about June 7, 2023, law enforcement responded to a Bank of America, located at 18291 Pines Boulevard, Pembroke Pines, Florida 33029, in reference to an attempted armed robbery of a "GardaWorld" armored truck employee. Law enforcement made contact with the employee ("Victim"), who advised that he and his partner arrived at the Bank of America at approximately 9:44 a.m. The Victim exited the armored GardaWorld truck carrying a black bag. As the Victim walked towards the bank, he observed a male, later identified as VICTORIA, approach him while wearing a motorcycle helmet and while pointing a firearm at him. VICTORIA demanded the Victim to give him the black bag and then grabbed the bag from the Victim, without discharging the firearm. The black bag did not have any money in it, and so VICTORIA did not take any money from the Victim or the Bank of America.

5. VICTORIA fled with the bag toward a black sedan parked just east of the bank. While fleeing the vicinity, the magazine from the VICTORIA's weapon dropped to the ground and remained on scene. The Victim gave chase and fired approximately six shots from his service-issued 9mm firearm toward the VICTORIA. VICTORIA was not hit, but the black sedan, later identified as a stolen Nissan Altima, bearing Florida license plate HUYT59, was struck. This Nissan Altima had been reported as stolen by the Hollywood Police Department on June 5, 2023. An internal flyer, "BOLO", was released with the stolen vehicle description.

6. A witness was on scene during the robbery and observed a person, later identified as VICTORIA, approach the Victim while wearing a motorcycle helmet. The witness also observed the person flee the vicinity in a black sedan, which the witness believed could be a Nissan. The witness noted the license plate of the vehicle as "HUY759." Law enforcement, familiar with the BOLO of the stolen Nissan Altima, bearing license plate HUYT59, began searching for the vehicle in the vicinity.

Within a few hours, law enforcement was able to locate the target vehicle in Dania Beach, Florida.

7.  Law enforcement found the Nissan Altima and observed a male, later identified as VICTORIA as the sole occupant inside the vehicle. Law enforcement observed VICTORIA get out of the vehicle and begin walking away from the vehicle. Law enforcement approached VICTORIA and detained him. VICTORIA had on his person a backpack, a camouflage face mask, an iPhone, and a light-colored motorcycle helmet matching the description of the helmet worn by the suspect in the GardaWorld armored truck robbery. An inventory search of VICTORIA's backpack revealed miscellaneous items to include a black handgun missing a magazine and green gloves. The Nissan Altima, which was sealed and transported to FBI Miami Field Office pending a search warrant, was observed to have what appeared to be two bullet holes in it.

8.  VICTORIA was transported to the FBI Miami Field Office, located in Miramar, Florida, to be processed and interviewed. Law enforcement conducted a video- and audio-recorded interview of VICTORIA, who waived his *Miranda* rights. In VICTORIA's post-*Miranda* statement to law enforcement, he admitted to stealing the Nissan Altima on June 5, 2023, in Hollywood, Florida, and to conducting the armed robbery of the GardaWorld employee on June 7, 2023. VICTORIA was shown photographs of the June 7, 2023, armed robbery, which photographs were snapshots taken from surveillance video footage captured by the Bank of America. The photographs depicted the Victim approached by an individual wearing a motorcycle helmet and brandishing a firearm. Upon reviewing the photographs presented, VICTORIA confirmed he was the individual in the photographs wearing the helmet and holding a firearm. At the conclusion of this interview, VICTORIA was arrested.

-THIS SPACE INTENTIONALLY LEFT BLANK-

## CONCLUSION

9.      Based on the information provided above, I respectfully submit that there is probable cause to believe that EDMANUEL VICTORIA has committed the offenses of attempted bank robbery by the use of a dangerous weapon or device, in violation of 18 U.S.C. §§ 2113(a) and (d), and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(a)(ii).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Jessie Apaza, Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this __8th__ day of June, __, 2023.

_____
HONORABLE PANAYOTTA DIANE AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 23-MJ-6255-PAB

### BOND RECOMMENDATION

DEFENDANT: Edmanuel Victoria

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Jacob Koffsky_
AUSA:  Jacob H. Koffsky

Last Known Address: 555 SE 1st Avenue

Fort Lauderdale, Florida

33301

What Facility: Broward Sheriff's Office

Main Jail Bureau

Agent(s): Jessie Apaza
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
Federal Bureau of Investigation